## MISCELLANEOUS ORDERS

**2009-1906. In re Application of Hill.**
On October 21, 2009, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E) recommending that the application for admission without examination of Willard Wardell Hill Jr. be denied but that he be permitted to reapply for admission to the practice of law in Ohio in 12 months.

Upon review of the panel's report and the board's recommendation, the court concludes that it will review the application that has been pending since January, 2007. Accordingly, the court declines to accept the board's recommendation to deny the application and orders that the Office of Bar Admissions submit the application of Willard Wardell Hill Jr. to the court for full review pursuant to Gov.Bar R. I(9)(F)(1).

## CASE ANNOUNCEMENTS

*February 3, 2010*

[Cite as *02/03/2010 Case Announcements*, 2010-Ohio-341.]

## MOTION AND PROCEDURAL RULINGS

**2008-2047. State v. Palmer.**
Hamilton App. No. C-010583, 178 Ohio App.3d 192, 2008-Ohio-4604. This cause came on for further consideration upon the motion of Ohio Public Defender for leave to withdraw as counsel and motion for appointment of counsel.

It is ordered by the court that the motions are granted and that Lynn Maro of Boardman, Ohio, is appointed to represent appellee.

**2009-2022. In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 08-917-EL-SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion to suspend Commission orders approving rates and motion to require past collections of retroactive rates to be escrowed,

It is ordered by the court that the motions are denied.